# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **REX ALLEN CARPENTER, II,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 3:12-cv-00997** |
| **v.** | ) | |
| | ) | **Judge Sharp** |
| **CORRECT CARE SOLUTIONS, LLC,** | ) | **Magistrate Judge Bryant** |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Plaintiff Rex Allen Carpenter, II, a prisoner proceeding *pro se* and *in forma pauperis*, has

filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against Defendant Correct Care

Solutions, LLC. Plaintiff alleges he was overmedicated and suffered from severe medical issues

while incarcerated at Montgomery County Jail in Clarksville, Tennessee. On November 27,

2012, Defendant filed a Motion for Summary Judgment. (Docket Entry No. 10). Plaintiff filed

no response in opposition.

The Magistrate Judge entered a Report and Recommendation ("R & R") (Docket Entry

No. 14) in this case on May 20, 2013, concluding,

> Even under a liberal construction of the plaintiff's complaint, the undersigned
> Magistrate Judge finds no evidence of a custom or policy of CCS overmedicating
> patients. Therefore, there is no material factual dispute regarding the liability of
> CCS.

Therefore, the Magistrate Judge recommended the Motion for Summary Judgment be granted

and the Complaint be dismissed with prejudice. (*Id.* at 5). No objections were made to the

R & R.

Where no objections are made to the R & R, "[t]he district judge may accept, reject, or

modify the recommended disposition; receive further evidence; or return the matter to the

1

magistrate judge with instructions." Fed. R. Civ. P. 72(b). Having thoroughly reviewed the record in this case and the applicable law in accordance with Rule 72(b), the Court will accept the R & R.

Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket Entry No. 14) is hereby ACCEPTED and APPROVED;

(2) *Defendant's Motion for Summary Judgment* (Docket Entry No. 10) is hereby GRANTED; and

(3) This case is hereby DISMISSED WITH PREJUDICE.

The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

**It is SO ORDERED.**

_____

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

2